```
           DISTRICT COURT OF THE VIRGIN ISLANDS
            DIVISION OF ST. THOMAS AND ST. JOHN
```

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,         )
                                   )
        v.                 )    Criminal No. 2013-22
                                   )
RAYMOND BROWN,                     )
                                   )
        Defendant.         )
                                   )

ATTORNEYS:

**Ronald Sharpe, United States Attorney**
**Kelly B. Lake, AUSA**
St. Thomas, U.S.V.I.
**Kim Lindquist, AUSA**
St. Thomas, U.S.V.I.
   *For the plaintiff,*

**Arturo R. Watlington, Jr.**
Law Offices of Arturo Watlington
St. Thomas, U.S.V.I.
   *For the defendant Raymond Brown,*

## ORDER

Before the Court is Attorney Arturo Watlington's motion to withdraw as counsel for defendant Raymond Brown.

This order is written primarily for the parties, and thus assumes familiarity with the facts underlying this motion. On February 10, 2014, the Court held a hearing on the instant motion. At the hearing, the Court inquired as to the bases for the instant motion. Attorney Watlington indicated that he

believed there was a conflict which ran afoul of Model Rule of Professional Conduct 1.7.

Thereafter, the Court referred this motion to Magistrate Judge Ruth Miller for a Report and Recommendation. The Magistrate Judge found she could not conclude based on the record that there was a significant risk that the representation of any of Attorney Watlington's clients would be materially limited by his representation of Raymond Brown in this case. The Magistrate also indicated that she saw nothing to indicate that there was direct adversity between Raymond Brown and any other client.

The Court has undertaken a de novo review of the record, and must agree with the Magistrate Judge's conclusions.

The premises considered, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that the motion to withdraw is **DENIED**.

S\_____
**CURTIS V. GÓMEZ**
**District Judge**